McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER POPEJOY on behalf of herself and others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>CIRCLE K STORES, INC., a Delaware Corporation; and DOES 1 to 10, Inclusive.<br><br>DEFENDANT. | CASE NO. 1:19-cv-01777-AWI-BAM<br><br>Honorable Barbara A. McAuliffe<br>Courtroom 8<br><br>**ORDER RE: JOINT STIPULATION IN SUPPORT OF CONTINUING SCHEDULING CONFERENCE**<br><br>Scheduling Conf. March 25, 2020<br>Time:     8:30 A.M.<br><br>Complaint Filed: November 13, 2019 |

# ORDER

Having considered Defendant Circle K Stores Inc.'s ("Defendant") and Plaintiff Heather Popejoy's ("Plaintiff") (collectively, the "Parties") Joint Stipulation In Support of Continuing Scheduling Conference, the Court hereby grants this Joint Stipulation. The Scheduling Conference of March 25, 2020 is hereby continued to **May 12, 2020, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** and the deadline for the Parties to submit a Rule 26(f) Joint Report is also continued to one (1) week prior to the new Scheduling Conference date. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated: **March 9, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

- 1 -
[PROPOSED] ORDER RE: JOINT STIPULATION IN SUPPORT OF CONTINUING SCHEDULING CONFERENCE
CASE NO. 1:19-cv-01777-AWI-BAM